

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RIDGELAKE ENERGY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0105 |
| | * | |
| BAKER HUGHES OILFIELD | * | SECTION "A" |
| OPERATIONS, INC. d/b/a | * | |
| BAKER OIL TOOLS and/or | * | MAG. DIV. 5 |
| BAKER OIL TOOLS, INC. | * | |

* * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION AND MEMORANDUM
IN SUPPORT OF MOTION TO CONTINUE**

Baker Oil Tools ("Baker") has filed a Motion to Dismiss or alternatively Stay and Transfer Proceedings and set the Motion for Hearing before the Court on April 12, 2000. Ridgelake Energy, Inc. hereby respectfully requests that the Court continue the hearing on Baker's motion until April 26, 2000 to provide Ridgelake additional time to respond to the motion. Baker does not oppose this Motion.

Respectfully submitted,

Robert L. Redfearn (11418)
Robert L. Redfearn, Jr. (17106)
Douglas W. Redfearn (21042)
SIMON, PERAGINE, SMITH &
 REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA   70163
Telephone: (504) 569-2030
Attorneys for Ridgelake Energy, Inc.

DATE OF ENTRY

APR - 6 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
RIDGELAKE ENERGY, INC.              *      CIVIL ACTION
                                    *
VERSUS                              *      NO. 00-0105
                                    *
BAKER HUGHES OILFIELD               *      SECTION "A"
OPERATIONS, INC. d/b/a              *
BAKER OIL TOOLS and/or              *      MAG. DIV. 5
BAKER OIL TOOLS, INC.               *
* * * * * * * * * * * * * * * * * * *
```

**O R D E R**

Considering the foregoing Motion to Continue, it is hereby **ORDERED** that the Motion to Dismiss or Alternatively Stay and Transfer Proceedings filed by Baker Oil Tools is hereby continued and re-set for hearing for this Court on April 26, 2000 at 10:00 a.m.

New Orleans, Louisiana, this 5th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

3-