

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIDGELAKE ENERGY, INC.** | * | CIVIL ACTION NO: 00-0105 |
| | * | |
| **VERSUS** | * | SECTION:  A |
| | * | |
| **BAKER HUGHES OILFIELD** | * | MAG.: 5 |
| **OPERATIONS, INC.** | * | |
| **d/b/a BAKER OIL TOOLS and/or** | * | |
| **BAKER OIL TOOLS, INC.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A REPLY BRIEF AND MEMORANDUM IN SUPPORT**

**NOW COMES** Baker Oil Tools, Inc. ("Baker") and for the reasons set forth more fully below, respectfully requests this court for an extension of time to file a reply in response to Ridgelake's Opposition to Motion to Dismiss or Alternatively Stay and Transfer Proceedings. In support of this motion, Baker would show as follows:

1. On January 11, 2000, plaintiff filed its petition, alleging that Baker was liable for damages resulting from Baker's supply of services and equipment during the plaintiff's oilfield drilling operations.

2. On March 28, 2000, Baker filed its Motion to Dismiss or Alternatively Stay and Transfer Proceedings, which showed that plaintiff and Baker entered into an

DATE OF ENTRY

APR 2 5 2000

arbitration agreement, compelling arbitration of all disputes including the dispute at issue in this suit.  Pursuant to the Federal Arbitration Act, arbitration is mandatory for any disputes governed by such an agreement.

     3.     On April 18, 2000, plaintiff filed its opposition to Baker's motion.  Baker was served with the motion on April 19, 2000.

     4.     Plaintiff's opposition inaccurately sets forth both the applicable law and facts and thus, Baker would urge that a reply brief is necessary to rebut these issues so that this court can properly rule on Baker's motion.  However, undersigned counsel for Baker will be out of town conducting depositions in another proceeding, and will not return until April 26, 2000, the date on which this matter is to be submitted.  Neither party has requested oral argument and thus, this motion will be submitted on the briefs.  Therefore an extension of the time to file a reply brief will not delay these proceedings.

     Counsel for Ridgelake has no opposition to this motion.

**WHEREFORE**, Baker respectfully requests this court grant Baker an extension until May 1, 2000, to file its reply brief.

>Respectfully submitted,
>
>FRILOT, PARTRIDGE, KOHNKE
>& CLEMENTS, L.C.
>
>_____
>PATRICK A. TALLEY, JR., T.A. (#1616)
>MICHAEL R. PHILLIPS (#21020)
>3600 Energy Centre
>1100 \Poydras Street
>New Orleans, LA  70163-3600
>Telephone:  (504) 599-8000
>Facsimile:    (504) 599-8125
>**Attorneys for Baker Hughes Oilfield
>Operations, Inc. d/b/a Baker Oil Tools and/or
>Baker Oil Tools, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by telefax or U.S. Mail, properly addressed and postage prepaid this ____ day of April, 2000.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RIDGELAKE ENERGY, INC.** | \* | **CIVIL ACTION NO: 00-0105** |
| | \* | |
| **VERSUS** | \* | **SECTION: A** |
| | \* | |
| **BAKER HUGHES OILFIELD** | \* | **MAG.: 5** |
| **OPERATIONS, INC.** | \* | |
| **d/b/a BAKER OIL TOOLS and/or** | \* | |
| **BAKER OIL TOOLS, INC.** | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Baker Oil Tools' foregoing motion, it is hereby ORDERED that Baker shall have up to and including May 1, 2000, to file a reply in response to Ridgelake's Opposition to Motion to Dismiss or Alternatively Stay and Transfer Proceedings.

This 24th day of April, 2000, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT

- 4 -