

**MINUTE ENTRY**
**MAY 3, 2000**
**SCHWARTZ, J.**

| | |
|---|---|
| **RIDGELAKE ENERGY, INC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0105** |
| **BAKER HUGHES OILFIELD OPERATIONS, INC. d/b/a BAKER OIL TOOLS and/or BAKER OIL TOOLS, INC.** | **SECTION "A"** |

Before the Court is defendant's **Motion for Leave to File Reply Brief**. Prior to its receipt in Chambers the Court denied defendant's Motion for Summary Judgment. The Court GRANTS defendants Motion for Leave to Reply and **CONSTRUES same as Motion for Reconsideration of its order denying summary judgment**.[1]

Accordingly,

**IT IS ORDERED** that **LEAVE TO REPLY** is **GRANTED** and **such shall be considered Motion for Reconsideration.**

**IT IS FURTHER ORDERED** that **plaintiff's response to "Motion for Reconsideration"** shall be filed on or before Wednesday, May 19,

---

[1]Counsel for Defendant appended additional documents for the Court to consider in connection with its Motion for Summary Judgment and cited additional authorities.



DATE OF ENTRY
MAY - 3 2000



1



**2000**, at which time the matter will be considered submitted for decision on the briefs and documents of record.

_____