


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RIDGELAKE ENERGY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0105 |
| | * | |
| BAKER HUGHES OILFIELD | * | SECTION "A" |
| OPERATIONS, INC. d/b/a | * | |
| BAKER OIL TOOLS and/or | * | MAG. DIV. 5 |
| BAKER OIL TOOLS, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
## AND MEMORANDUM IN SUPPORT THEREOF

Ridgelake Energy, Inc. ("Ridgelake"), through undersigned counsel, moves this Court for an order permitting it to file the attached Reply Memorandum to Baker's Opposition to Ridgelake's Motion to Reconsider in order to address its arguments. Ridgelake seeks to file its Reply Memorandum to correct what it believes are erroneous statements by Baker about certain positions of Ridgelake and to reply to Baker's arguments.

                                               Respectfully submitted,

                                               Robert L. Redfearn (11418)
                                               Robert L. Redfearn, Jr. (17106)
                                               Douglas W. Redfearn (21042)
                                               SIMON, PERAGINE, SMITH &
                                               REDFEARN, L.L.P.
                                               1100 Poydras Street, 30th Floor
                                               New Orleans, LA   70163
                                               Telephone: (504) 569-2030

DATE OF ENTRY
JUL 1 7 2000

                                               Attorneys for Ridgelake Energy, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Pleading has been duly served on all known counsel of record by placing a copy of same in the United States mail, first class postage prepaid and properly addressed, on this 12 day of July, 2000.

*[signature]*

K:\DATA\N\39511004\LEAVE-MO.MEM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RIDGELAKE ENERGY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0105 |
| | * | |
| BAKER HUGHES OILFIELD | * | SECTION "A" |
| OPERATIONS, INC. d/b/a | * | |
| BAKER OIL TOOLS and/or | * | MAG. DIV. 5 |
| BAKER OIL TOOLS, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### **O R D E R**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Ridgelake Energy, Inc. be and hereby is hereby granted leave to file its Reply Memorandum to Baker's Opposition to Ridgelake's Motion to Reconsider.

New Orleans, Louisiana, this 14th day of July, 2000.

_____
UNITED STATES DISTRICT JUDGE

K:\DATA\N\39511004\LEAVE-MO MEM