```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                          2000 AUG -2  PM 1:07
            UNITED STATES DISTRICT COURT
                                           LORETTA G. WHYTE
            EASTERN DISTRICT OF LOUISIANA    CLERK
```

| | | |
|---|---|---|
| RIDGELAKE ENERGY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0105 |
| | * | |
| BAKER HUGHES OILFIELD | * | SECTION "A" |
| OPERATIONS, INC. d/b/a | * | |
| BAKER OIL TOOLS and/or | * | MAG. DIV. 5 |
| BAKER OIL TOOLS, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT

Having considered the Motion to Dismiss and/or alternatively Stay Proceedings Pending Arbitration filed by Baker Oil Tools, Inc. and finding it to be meritorious for the reasons given in the Court's Minute Entries of June 8 and July 19, 2000, it is hereby

**ORDERED** that this matter is **STAYED** pending arbitration; and it is further

**ORDERED** that the Clerk of Court is directed to statistically close the case.

NEW ORLEANS, LOUISIANA, this 2 day of August, 2000.

                                                                         UNITED STATES DISTRICT JUDGE

K:\DATA\N\39511004\Judgment

DATE OF ENTRY

AUG - 2 2000