

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -9 PM 4: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RIDGELAKE ENERGY, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0105 |
| | * | |
| BAKER HUGHES OILFIELD | * | SECTION "A" |
| OPERATIONS, INC. d/b/a | * | |
| BAKER OIL TOOLS and/or | * | MAG. DIV. 5 |
| BAKER OIL TOOLS, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

Notice is hereby given that Ridgelake Energy, Inc., plaintiff, hereby appeals to the United States Court of Appeal for the Fifth Circuit from the final judgment entered in this matter on August 2, 2000.

        Respectfully submitted,

_____
Robert L. Redfearn (11418)
Robert L. Redfearn, Jr. (17106)
Douglas W. Redfearn (21042)
SIMON, PERAGINE, SMITH &
 REDFEARN, L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, LA 70163
Telephone: (504) 569-2030

Attorneys for Ridgelake Energy, Inc.

1