No. 00-30991

00-105 A

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

FILED  DEC 22 2000

**LORETTA G. WHYTE**
CLERK

RIDGELAKE ENERGY INC

    Plaintiff - Appellant

v.

BAKER HUGHES OILFIELD OPERATIONS INC, doing business as
Baker Oil Tools, doing business as Baker Oil Tools Inc

    Defendant - Appellee

## ENTRY OF DISMISSAL

Pursuant to appellant's motion this appeal is dismissed this 22nd day of December, 2000, see FED. R. APP. P. 42(b).

                              CHARLES R. FULBRUGE III
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
      Kenneth Lotz, Deputy Clerk

      FOR THE COURT - BY DIRECTION

DIS-4

A true copy
  Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
            Deputy
New Orleans, Louisiana   DEC 22 2000

___Fee
___Process
X  Dktd
___CtRmDep
___Doc.No.